# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Clear Form

CHARLES DARRYL KESECKER

              Plaintiff(s),

        v.

MARIN COMMUNITY COLLEGE
DISTRICT, AND DOES 1-25 INCLUSIVE

          Defendant(s).

_____/

CASE NO.  3:11-cv-04048-JSC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
      ☐     Non-binding Arbitration (ADR L.R. 4)
      ☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      ☐     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ☑     Private ADR (*please identify process and provider*)  <u>Mediation with private mediator</u>
The parties have agreed to mediate with Mr. Eric Ivary of ADR Services.
_____

The parties agree to hold the ADR session by:
      ☑     the presumptive deadline *(The deadline is 90 days from the date of the order
            referring the case to an ADR process unless otherwise ordered. )*

      ☐     other requested deadline _____

Dated: <u>11/14/2011</u>

Dated: <u>Nov. 14, 2011</u>

/S/ A. CABRAL BONNER
**Attorney for Plaintiff**

/s/ Marina B. Pitts
**Attorney for Defendant**

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐       Non-binding Arbitration
☐       Early Neutral Evaluation (ENE)
☐       Mediation
☑       Private ADR

Deadline for ADR session

☑       90 days from the date of this order.
☐       other   _____

IT IS SO ORDERED.

Dated:   November 15, 2011                 _____

                                               UNITED STATES MAGISTRATE JUDGE