United States District Court
Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12  CHARLES DARRYL KESECKER,          Case No. 11-4048 JSC

                    Plaintiff,        **ORDER RE: DISCOVERY DISPUTE**
13                                     **(DKT. NO. 29)**

14          v.

15  MARIN COMMUNITY COLLEGE
    DISTRICT,
16

17                  Defendant.

18

19          Now pending before the Court is the parties' joint discovery letter regarding Plaintiff's

20  request to take two depositions despite the August 1, 2012 discovery cut off.  (Dkt. No. 29.)

21  After carefully considering the parties' arguments, Plaintiff's request is granted.  Plaintiff

22  advised Defendant of its desire to take the depositions more than a month before the discovery

23  cut off and the witnesses are material.  Further, Defendant will not be prejudiced by this

24  limited additional discovery.  Accordingly, the Court adopts the case management schedule

25  put forth by Plaintiff except that the only additional discovery the Court is authorizing

26  (beyond whatever the parties have agreed to) is a telephone deposition of Chief Lacey and a

27  deposition of Mark Clementi.  Both depositions shall be completed by September 1, 2012.

28

United States District Court

Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated:  August 7, 2012

4    _____
     JACQUELINE SCOTT CORLEY

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28