IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DARRYL KESECKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIN COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No. 11-4048 JSC<br><br>**ORDER RE: DISCOVERY DISPUTE (DKT. NO. 29)** |

Now pending before the Court is the parties' joint discovery letter regarding Plaintiff's request to take two depositions despite the August 1, 2012 discovery cut off. (Dkt. No. 29.) After carefully considering the parties' arguments, Plaintiff's request is granted. Plaintiff advised Defendant of its desire to take the depositions more than a month before the discovery cut off and the witnesses are material. Further, Defendant will not be prejudiced by this limited additional discovery. Accordingly, the Court adopts the case management schedule put forth by Plaintiff except that the only additional discovery the Court is authorizing (beyond whatever the parties have agreed to) is a telephone deposition of Chief Lacey and a deposition of Mark Clementi. Both depositions shall be completed by September 1, 2012.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2