IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DARRYL KESECKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIN COMMUNITY COLLEGE DISTRICT,<br><br>　　　　Defendant. | Case No. 11-4048 JSC<br><br>**ORDER VACATING AUGUST 23, 2012 CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' August 17, 2012 joint Case Management Statement. (Dkt. No. 31.) Both parties anticipate filing motions for summary judgment and previously stipulated to a November 1, 2012 deadline to file dispositive motions. (Dkt. No. 18.) The parties were just before the Court for an August 2, 2012 hearing, and no new issues are raised in the joint case management statement. As such, the August 23, 2012 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: August 20, 2012

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE