United States District Court
Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12   CHARLES DARRYL KESECKER,          Case No. 11-4048 JSC

                    Plaintiff,        **ORDER RESCHEDULING**
13                                     **HEARING AND SETTING**
             v.                        **SCHEDULE FOR REMAINING**
14                                     **BRIEFING**
15   MARIN COMMUNITY COLLEGE
     DISTRICT,
16
17                  Defendant.
18
19          On November 1, 2012 Plaintiff filed a Motion for Summary Judgment ("Motion"). (*See* Dkt.
20   No. 46.) On November 26, 2012, Defendant filed its Opposition to Plaintiff's Motion for Summary
21   Judgment ("Opposition"). (*See* Dkt. No. 57.) However, pursuant to Civil L.R. 7-3, Defendant's
22   Opposition should have been filed and served not more than 14 days after the Motion was filed.
23   Plaintiff objects to Defendant's untimely Opposition. (*See* Dkt. No. 70.)
24          To allow Plaintiff adequate time to submit his reply to the Opposition, and to ensure the
25   Court is prepared for the hearing on the Motion, the Court orders the following:
26          The hearing on Plaintiff's Motion and Defendant's Motion for Summary Judgment, currently
27   scheduled for December 13, 2012, is hereby rescheduled to **December 20, 2012 at 9:00 a.m**.
28

United States District Court
Northern District of California

1    Plaintiff's reply to the Opposition shall be filed no later than **December 6, 2012**. The Court

2   finds that this extension of time provides ample opportunity for Plaintiff to respond to the

3   Opposition and eliminates any unfairness or prejudice resulting from the untimely Opposition.

4

5    **IT IS SO ORDERED.**

6

7   Dated:  November 27, 2012

8                                                             _____
                                                              JACQUELINE SCOTT CORLEY
9                                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2