IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DARRYL KESECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIN COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No. 11-4048 JSC<br><br>**ORDER RESCHEDULING HEARING AND SETTING SCHEDULE FOR REMAINING BRIEFING** |

On November 1, 2012 Plaintiff filed a Motion for Summary Judgment ("Motion"). (*See* Dkt. No. 46.) On November 26, 2012, Defendant filed its Opposition to Plaintiff's Motion for Summary Judgment ("Opposition"). (*See* Dkt. No. 57.) However, pursuant to Civil L.R. 7-3, Defendant's Opposition should have been filed and served not more than 14 days after the Motion was filed. Plaintiff objects to Defendant's untimely Opposition. (*See* Dkt. No. 70.)

To allow Plaintiff adequate time to submit his reply to the Opposition, and to ensure the Court is prepared for the hearing on the Motion, the Court orders the following:

The hearing on Plaintiff's Motion and Defendant's Motion for Summary Judgment, currently scheduled for December 13, 2012, is hereby rescheduled to **December 20, 2012 at 9:00 a.m**.

Plaintiff's reply to the Opposition shall be filed no later than **December 6, 2012**. The Court finds that this extension of time provides ample opportunity for Plaintiff to respond to the Opposition and eliminates any unfairness or prejudice resulting from the untimely Opposition.

**IT IS SO ORDERED.**

Dated:  November 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE